**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JANNY JUSTINE HUNT,

                      Plaintiff,                     23 **CIVIL** 5085 (RWL)

      -v-                                **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated February 06, 2024, that the action be, and

hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence

four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          February 07, 2024


                                 **RUBY J. KRAJICK**
                             _____
                                   **Clerk of Court**

                **BY:**
                             _____
                                 **Deputy Clerk**